** MOBILE HOMES — FLASHING LIGHTS — ESCORTS ** WHERE THE DEPARTMENT OF PUBLIC SAFETY REQUIRES A VEHICLE ESCORT FOR A TRUCK MOVING AN OVERSIZE LOAD, SUCH ESCORTING VEHICLES MAY USE FLASHING LIGHTS IN ACCORDANCE WITH THE PROVISIONS OF 47 O.S. 12-220 [47-12-220](D) (MANUFACTURER HOME, MOVEMENT, HAULING, VEHICLES, HIGHWAY) CITE: 47 O.S. 12-227 [47-12-227](C) (JOHN C. HOWARD)